IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | SEALED |
| | § | |
| v. | § | No. 4:20CR 306 |
| | § | Judge Mazzant |
| JOSEPH OBUHOWHO ASAGBA JR. | § | |

**FILED**

OCT 1 5 2020

**INDICTMENT**

THE UNITED STATES GRAND JURY CHARGES:

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

**Count One**

Violation:  18 U.S.C. § 924(a)(1)(A)
(False Statement During Purchase of a
Firearm)

On or about March 18, 2020, in the Eastern District of Texas, the defendant, **Joseph Obuhowho Asagba Jr.**, knowingly made a false statement and representation to All State Pawn located in Denton, Texas, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of All State Pawn, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that he had not previously been convicted in a court of a misdemeanor crime of domestic violence and that he was not the subject to a court order restraining him from harassing, stalking, or threatening his child or an intimate partner or child of such partner, whereas in truth and in

Indictment
Page 1

fact, he had been convicted of such a crime and he was subject to such an order, in violation of Title 18, United States Code, Section 924(a)(1)(A).

### Count Two

Violation:  18 U.S.C. § 922(a)(6)
(False statement during purchase
of firearm)

On or about March 18, 2020, in the Eastern District of Texas, the defendant, **Joseph Obuhowho Asagba Jr.**, in connection with the attempted acquisition of a firearm, from All State Pawn, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to All State Pawn, which statement was intended and likely to deceive All State Pawn as to a fact material to the lawfulness of such acquisition of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant represented that he had not previously been convicted in a court of a misdemeanor crime of domestic violence and that he was not the subject to a court order restraining him from harassing, stalking, or threatening his child or an intimate partner or child of such partner, whereas in truth and in fact, he had been convicted of such a crime and he was subject to such an order

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

### NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of committing any offense under 18 U.S.C. § 924, as charged in this Indictment, defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and

Indictment
Page 2

28 U.S.C. § 2461(c), all property used to commit or facilitate the offenses, proceeds from the offenses, and property derived from proceeds obtained directly or indirectly from the offenses,

A TRUE BILL

GRAND JURY FOREPERSON

STEPHEN J. COX
UNITED STATES ATTORNEY

JAY R. COMBS                                10/15/2020
Assistant United States Attorney            Date

Indictment
Page 3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | SEALED |
| | § | |
| v. | § | No. 4:20CR |
| | § | Judge |
| JOSEPH OBUHOWHO ASAGBA JR. | § | |

## **NOTICE OF PENALTY**

### **Count One**

Violation:    18 U.S.C. § 924(a)(1)(A)

Penalty:    Imprisonment for a term of not more than five years; a fine not to exceed $250,000.00; and supervised release of not more than three years.

Special Assessment:  $100.00

### **Count Two**

Violation:    18 U.S.C. §§ 922(a)(6) and 924(a)(2)

Penalty:    Imprisonment for not more than 10 years; a fine of not more than $250,000; and a term of supervised release of not more than three years.

Special Assessment:    $100.00

Notice of Penalty
Page 1